

**Glenn M. GRANT, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3137.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2001.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Anthony A. SMITH, Jr., Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 01–3144.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2001.

Order Vacated, See 2001 WL 312121.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Iris ALEMAN, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 01–3117.

United States Court of Appeals, Federal Circuit.

Feb. 28, 2001.

### ORDER

Pursuant to the motions panel order issued on February 27, 2001, this petition for review is hereby dismissed as untimely under 5 U.S.C. § 7703(b)(1).